AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MICHAEL FRANCHINO | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-cv-06299 |
| THE ROMAN CATHOLIC ARCHIODECESE OF NY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ArchCare, sued herein as The Roman Catholic Archdiocese of New York d/b/a ArchCare.

Date: 10/08/2015

/s/
*Attorney's signature*

Ernest R. Stolzer; ES2242
*Printed name and bar number*

Bond, Schoeneck &King, PLLC
600 Third Avenue, 22nd Florr
New York, New York 10016

*Address*

estolzer@bsk.com
*E-mail address*

(646) 263-2326
*Telephone number*

(646) 263-2301
*FAX number*