```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/17
```

& ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
MICHAEL FRANCHINO

                Plaintiff,

— against —

THE ROMAN CATHOLIC ARCHDIOCESE OF NEW
YORK, d/b/a ARCHCARE, AND TERENCE CARDINAL
COOK HEALTH CARE CENTER, INC.

                Defendants.
---------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

15-CV-06299 (VLB)

IT IS HEREBY STIPULATED by and between the attorneys for the parties in the above-referenced matter that the Amended Complaint is hereby withdrawn in its entirety and the action and all claims asserted therein are hereby voluntarily discontinued with prejudice. All parties shall bear their own costs and fees.

Dated: Stony Point, New York
      Sept 28, 2017

By: _____
Michael Diederich, Jr., Esq. (MD2097)
DIEDERICH LAW OFFICE
*Attorneys for Plaintiff*
361 Route 210
Stony Point, NY 10980
(845) 942-0795
mike@diederichlaw.com

Dated: Garden City, New York
      October 23, 2017

By: _____
Jessica C. Moller, Esq. (JS0981)
BOND, SCHOENECK & KING, PLLC
*Attorneys for Defendants*
1010 Franklin Avenue, Suite 200
Garden City, New York
(516) 267-6300
JMoller@bsk.com

SO ORDERED:

_____, USDJ
10/24/17

158496.2